Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Counsyl, Inc.<br><br>Plaintiff(s),<br><br>v.<br><br>Myriad Genetics, Inc.<br><br>Defendant(s). | Case No: 13-04391- EJD<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Nicholas Groombridge, an active member in good standing of the bar of the state of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Counsyl, Inc. in the above-entitled action. My local co-counsel in this case is Daralyn J. Durie, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Paul, Weiss, Rifkind, Wharton, & Garrison LLP<br>1285 Avenue of the Americas, New York, NY 10019-6064 | Durie Tangri LLP<br>217 Leidesdorff Street, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 373-3000 | (415) 362-6666 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ngroombridge@paulweiss.com | ddurie@durietangri.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2171346.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/12/13

Nicholas Groombridge
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Nicholas Groombridge is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/6/2013



UNITED STATES DISTRICT JUDGE

PRO HAC VICE APPLICATION & ORDER                                          *October 2012*