1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
   MARK A. LEMLEY (SBN 155830)
3  mlemley@durietangri.com
   TIMOTHY C. SAULSBURY (SBN 281434)
4  tsaulsbury@durietangri.com
   217 Leidesdorff Street
5  San Francisco, CA  94111
   Telephone:     415-362-6666
6  Facsimile:     415-236-6300

7  Nicholas Groombridge (*pro hac vice*)
   Kira Davis (*pro hac vice*)
8  Josephine Young (*pro hac vice*)
   Dana Vallera (*pro hac vice*)
9  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
   1285 Avenue of the Americas
10 New York, NY  10019-6064
   Telephone: (212) 373-3000
11 Facsimile: (212) 757-3990

12 Attorneys for Plaintiff
   COUNSYL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| COUNSYL, INC.,<br><br>                Plaintiff,<br><br>  v.<br><br>MYRIAD GENETICS, INC.,<br><br>                Defendant. | Case No. 5:13-cv-04391-EJD<br><br>**PROOF OF SERVICE**<br><br>Date:    April 4, 2014<br>Time:   9:00 a.m.<br>Ctrm:   4 – 5th Floor<br>Judge:  Honorable Edward J. Davila |
|---|---|

PROOF OF SERVICE / CASE NO. 5:13-CV-04391-EJD

**PROOF OF SERVICE**

I am a citizen of the United States and resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 217 Leidesdorff Street, San Francisco, CA 94111.

On December 6, 2013, I served the following documents in the manner described below:

- **[FILED UNDER SEAL] DECLARATION OF ROB GUIGLEY IN SUPPORT OF PLAINTIFF COUNSYL, INC.'S OPPOSITION TO DEFENDANT MYRIAD GENETICS, INC.'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1), OR IN THE ALTERNATIVE, TO TRANSFER PLAINTIFF COUNSYL, INC.'S COMPLAINT FOR DECLARATORY JUDGMENT; AND MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(6) (WITH EXHIBITS A AND B);**

- **[FILED UNDER SEAL] DECLARATION OF KAYLENE READY IN SUPPORT OF PLAINTIFF COUNSYL, INC.'S OPPOSITION TO DEFENDANT MYRIAD GENETICS, INC.'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1), OR IN THE ALTERNATIVE, TO TRANSFER PLAINTIFF COUNSYL, INC.'S COMPLAINT FOR DECLARATORY JUDGMENT; AND MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(6);**

- **[FILED UNDER SEAL] DECLARATION OF SHIVANI NAZARETH IN SUPPORT OF PLAINTIFF COUNSYL, INC.'S OPPOSITION TO DEFENDANT MYRIAD GENETICS, INC.'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1), OR IN THE ALTERNATIVE, TO TRANSFER PLAINTIFF COUNSYL, INC.'S COMPLAINT FOR DECLARATORY JUDGMENT; AND MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(6); and**

[X] (SERVICE COPIES BY U.S. MAIL) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

[ ] (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

[ ] (BY FACSIMILE) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

[ ] (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Durie Tangri LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

| | |
|---|---|
| [x] | (COURTESY COPIES BY ELECTRONIC SERVICE)  By electronically mailing a true and correct copy through Durie Tangri's electronic mail system from mpage@durietangri.com to the email addresses set forth below. |
| [ ] | (BY PERSONAL DELIVERY) I caused such envelope to be delivered by hand to the offices of each addressee below. |

On the following part(ies) in this action:

| | |
|---|---|
| Jonathan Elliot Singer<br>Fish & Richardson, P. C., P.A.<br>60 South Sixth Street<br>Suite 3300<br>Minneapolis, MN 55402<br>(612) 335-5070<br>Email: singer@fr.com<br><br>Attorneys for Defendant<br>MYRIAD GENETICS, INC. | David G. Mangum<br>Parsons Behle and Latimer<br>201 So. Main Street, Suite 1800<br>Salt Lake City, UT 84111<br>(801) 532-1234<br>Fax: (801) 536-6111<br>Email: dmangum@parsonsbehle.com<br><br>Attorneys for Defendant<br>MYRIAD GENETICS, INC. |
| Elizabeth M Flanagan<br>Fish Richardson PC<br>222 Delaware Ave., 17th Floor<br>P.O. Box 1111<br>Wilmington, DE 19801<br>302-778-8472<br>Fax: 302-652-0607<br>Email: eflanagan@fr.com<br><br>Attorneys for Defendant<br>MYRIAD GENETICS, INC. | Geoffrey Donovan Biegler<br>Fish and Richardson<br>12390 El Camino Real<br>San Diego, Ca 92130<br>858-678-5070<br>Fax: 858-678-5099<br>Email: biegler@fr.com<br><br>Attorneys for Defendant<br>MYRIAD GENETICS, INC. |
| John Michael Farrell<br>Limin Zheng<br>Fish & Richardson PC<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>650-839-5070<br>Fax: 650-839-5071<br>Email: jfarrell@fr.com<br>Email: zheng@fr.com<br><br>Attorneys for Defendant<br>MYRIAD GENETICS, INC. | Rebecca L. Shult<br>Fish and Richardson P.C.<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>612-335-5070<br>Email: shult@fr.com<br><br>Attorneys for Defendant<br>MYRIAD GENETICS, INC. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 6, 2013, at San Francisco, California.

_Jennifer Posada_
Jennifer Posada