DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
TIMOTHY C. SAULSBURY (SBN 281434)
tsaulsbury@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

Nicholas Groombridge (*pro hac vice*)
Kira Davis (*pro hac vice*)
Josephine Young (*pro hac vice*)
Dana Vallera (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:    212-373-3000
Facsimile:     212-757-3990

Attorneys for Plaintiff
COUNSYL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUNSYL, INC., <br><br> Plaintiff, <br><br> v. <br><br> MYRIAD GENETICS, INC., <br><br> Defendant. | Case No. 13-cv-0439-EJD <br><br> **[PROPOSED] ORDER GRANTING COUNSYL, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PAPERS SUBMITTED IN SUPPORT OF PLAINTIFF COUNSYL, INC.'S OPPOSITION TO DEFENDANT MYRIAD GENETICS, INC.'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1), OR IN THE ALTERNATIVE, TO TRANSFER PLAINTIFF COUNSYL, INC.'S COMPLAINT FOR DECLARATORY JUDGMENT; AND MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(6)** |

As set forth in Plaintiff Counsyl, Inc.'s Administrative Motion to File under Seal Papers Submitted in Support of Plaintiff Counsyl, Inc.'s Opposition to Defendant Myraid Genetics, Inc.'s Motion to Dismiss Under Fed. R. Civ. P. 12 (B)(1), or in the Alternative, to Transfer Plaintiff Counsyl, Inc.'s Complaint for Declaratory Judgment; and Motion to Dismiss under R.Civ. P. 12(B)(1) ("Administrative Motion to File under Seal"), Plaintiff Counsyl, Inc. ("Plaintiff") lodged with the Court the documents listed below.

IT IS HEREBY ORDERED THAT the Administrative Motion to File under Seal filed by Plaintiff, is GRANTED as follows:

1. Plaintiff may file under seal the following documents

- Declaration of Kaylene Ready in Support of Plaintiff Counsyl, Inc.'s Opposition to Defendant Myriad Genetics, Inc.'s Motion to Dismiss under Fed. R. Civ. P. 12(b)(1), or in the Alternative, to Transfer Plaintiff Counsyl, Inc.'s Complaint for Declaratory Judgment; and Motion to Dismiss under Fed. R. Civ. P. 12(b)(6).

- Declaration of Shivani Nazareth in Support of Plaintiff Counsyl, Inc.'s Opposition to Defendant Myriad Genetics, Inc.'s Motion to Dismiss under Fed. R. Civ. P. 12(b)(1), or in the Alternative, to Transfer Plaintiff Counsyl, Inc.'s Complaint for Declaratory Judgment; and Motion to Dismiss under Fed. R. Civ. P. 12(b)(6).

- Declaration of Rob Guigley in Support of Plaintiff Counsyl, Inc.'s Opposition to Defendant Myriad Genetics, Inc.'s Motion to Dismiss under Fed. R. Civ. P. 12(b)(1), or in the Alternative, to Transfer Plaintiff Counsyl, Inc.'s Complaint for Declaratory Judgment; and Motion to Dismiss under Fed. R. Civ. P. 12(b)(6), and Exhibits A and B thereto.

2. No persons other than the Court and counsel of record are authorized to inspect the above-listed record filed under seal.

**IT IS SO ORDERED:**

Dated: December 11, 2013     By: _____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO
FILE UNDER SEAL / CASE NO. 5:13-CV-04391-EJD